UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON SMITH | CIVIL ACTION |
| VERSUS | NUMBER: 08-4350 |
| JUDGES OF LA. FIFTH CIRCUIT COURT OF APPEAL | SECTION: "A"(5) |

**ORDER**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Plaintiff, hereby approves same and adopts it as its opinion in this matter.

Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's habeas corpus claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

January 8, 2009

_____
UNITED STATES DISTRICT JUDGE